**DISMISS and Opinion Filed May 13, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-21-01065-CV
_____

## ELLIOT GIBBS, Appellant

## V.

## BRIGHTON BORROWER, LLC DBA
## LEXINGTON APARTMENT HOMES, Appellee

**On Appeal from the County Court at Law No. 4
Dallas County, Texas
Trial Court Cause No. CC-21-04687-D**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Smith
Opinion by Justice Smith

We ordered this appeal submitted without the reporter's record on March 14, 2022, after appellant failed to comply with our directive to file written verification he had requested the record. *See* TEX. R. APP. P. 37.3(c). In that same order, we directed appellant to file his brief by April 13, 2022. When appellant failed to file the brief by April 19, 2022, we directed appellant to file the brief within ten days and cautioned him that failure to do so would result in dismissal of the appeal. *See*

*id.* 38.8(a)(1). To date, appellant has not filed his brief. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Craig Smith/
CRAIG SMITH
JUSTICE

211065F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ELLIOT GIBBS, Appellant

No. 05-21-01065-CV     V.

BRIGHTON BORROWER, LLC
DBA LEXINGTON APARTMENT
HOMES, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-21-04687-
D.
Opinion delivered by Justice Smith,
Justices Schenck and Osborne
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered May 13, 2022.